**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03182-REB-GJR

TIMOTHY SAWATZKY,

    Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

    Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter comes before the Court, *sua sponte*.

    **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and **Fed. R. Civ. P.** 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:

    (1) To convene a scheduling conference under **Fed. R. Civ. P.** 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling Order and resolve discovery matters; provided, further that at the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburn's practice standards found at www.cod.uscourts.gov.;

    (2) To provide an Early Neutral Evaluation at the request of the parties in accordance with D.C.COLO.LCivR 16.6 in connection with which the Magistrate Judge shall also advise the parties that after such evaluation, if they mutually desire to settle the case, then on a showing that they need assistance and have been unable to obtain it privately, they may file a motion requesting a settlement conference;

    (3) To hear and finally determine non-dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and

    (4) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A).

    Dated December 21, 2011, at Denver, Colorado.

**BY THE COURT:**

*[signature]*
Robert E. Blackburn
United States District Judge