UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Case No.   11-cv-03182-REB-GJR

TIMOTHY SAWATZKY,

     Plaintiff,

vs.

UNITED STATES OF AMERICA,

     Defendant.
_____

**ORDER RE: PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (Doc. #16)**
_____

Having considered Plaintiff's Motion for Protective Order (Doc. #16) filed May 11, 2012, Defendant's Response (Doc. #23) filed June 04, 2012 and Plaintiff's Reply (Doc. #24) filed June 14, 2012, I hereby **GRANT** the Motion in part and **DENY** the Motion in part.

The motion is **GRANTED** with regard to Plaintiff's request that he not be required to respond to informal discovery requests.  It is **ORDERED** that discovery be in accord with the discovery rules.

The motion is **DENIED** in all its other particulars.  Specifically I decline to order at this time that Plaintiff is never required to sign or provide releases, that discovery is limited only to medical records related to the back or neck, or to otherwise limit use of and access to Plaintiff Sawatsky's "private information".

Done and signed this 19th day of July, 2012.

BY THE COURT:


s/ Gudrun J. Rice

_____
Gudrun J. Rice
United States Magistrate Judge