IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03182-REB-GJR

TIMOTHY SAWATZKY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on Defendant's Unopposed Motion for Medical Examination (Doc. 28). For the reasons stated in Defendant's motion, the Court finds that good cause exists to require Plaintiff to undergo a physical examination in connection with his claims for compensatory damages in this case. Accordingly, Defendant's motion is granted. Plaintiff is ordered pursuant to Fed. R. Civ. P. 35(a) to submit to a medical examination as set forth in Defendant's motion.

Dated: August 23, 2012

BY THE COURT:

Gudrun J. Rice
United States Magistrate Judge