UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. Magistrate Judge Gudrun J. Rice**

Civil Case No.   11-cv-03182-REB-GJR

TIMOTHY SAWATZKY,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER RE: MOTION TO VACATE AND
RESET SETTLEMENT CONFERENCE (Doc. #32)**

---

The Court, after review of the Defendant's Motion To Vacate and Reset Settlement Conference (Doc. # 32) and review of the file, **GRANTS** Defendant's Motion.

Early Neutral Evaluation (settlement conference) set for October 15, 2012 at 1:00 p.m. is **VACATED**.

The matter is set for a Telephone Status Conference on October 15, 2012 at 1:00 p.m.

Counsel for the Defendant shall coordinate to create a conference call among themselves before contacting the Court at 970.241.2187 at the scheduled time.

Done and signed this 3rd day of October, 2012.

                              BY THE COURT:

                              s/ Gudrun J. Rice
                              _____
                              Gudrun J. Rice
                              United States Magistrate Judge