UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. Magistrate Judge Gordon P. Gallagher**

Civil Case No. 11-cv-03182-REB-GPG

TIMOTHY SAWATZKY,

     Plaintiff,

vs.

UNITED STATES OF AMERICA,

     Defendant.

## STANDARD EARLY NEUTRAL EVALUATION ORDER

This matter has now been scheduled for an early neutral evaluation which will be held pursuant to D.C.COLO.LCivR 16.6.

No later than ten days prior to the scheduled evaluation each party is to provide no more than ten written pages to the Court describing the following:

    a. The general nature of the case;
    b. Strengths and weaknesses of the case;
    c. Areas of possible agreement;
    d. Areas of disagreement;
    e. The parties demand for settlement;
    f. Any other matter the parties would like the Court to consider.

The aforementioned ten page limit is inclusive of exhibits and any other matters or materials which the parties would like the Court to consider in advance of the scheduled early neutral evaluation. No other items will be reviewed without leave from the Court.

At the time of the early neutral evaluation lead counsel for each party is to be present along with a party to the case who has decision making authority. Each of the aforementioned parties is expected to be present, before the Court, unless an Order has been issued to the contrary.

At the time of the early neutral evaluation each party must be prepared to present a five minute oral presentation of their case, on the record, to the Court in the presence of all parties.

Dated this 15th day of October, 2012.

BY THE COURT:

s/ Gordon P. Gallagher
_____

Gordon P. Gallagher
U.S. Magistrate Judge