## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### Judge Robert E. Blackburn

Civil Action No.  11-cv-03182-REB-GPG

TIMOTHY SAWATZKY,

      Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

      Defendant.

---

### MINUTE ORDER[1]

---

      The matter is before the court on plaintiff's **Unopposed Motion For Trial in Grand Junction** [#59] filed April 8, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted and that the jury trial in this matter should be conducted at the federal courthouse located in Grand Junction, Colorado.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiff's **Unopposed Motion For Trial in Grand Junction** [#59] filed April 8, 2013, is **GRANTED**;

      2.  That the jury trial in this case shall be conducted at the Wayne Aspinall Courthouse, 402 Rood Avenue, Grand Junction, Colorado, 81501; and

      3.  That the court shall issue a Second Trial Preparation Conference with the courthouse information as soon as practicable.

      Dated: April 18, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.