IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 11-cv-03182-RM-GPG

TIMOTHY SAWATZKY,

    Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

    Defendant.

___

**ORDER SETTING TRIAL PREPARATION CONFERENCE**
___

IT IS ORDERED that a Trial Preparation Conference is set for **Thursday, June 20, 2013, at 10:30 am** on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

DATED this 30th day of May, 2013

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge