IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 11-cv-03182-RM-GPG

TIMOTHY SAWATZKY,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Grand Junction, Colorado this 22nd day of July, 2013.

BY THE COURT:

s/Raymond P. Moore

Raymond P. Moore, U.S. District Judge

Counsel for Plaintiff

Counsel for Defendant